UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   EDCV 20-2229 DOC (PVC)                              Date:  August 13, 2021

Title        Michael Thomas Larsen v. Kenneth J. Braithwaite, et al.

Present: The Honorable Pedro V. Castillo, United States Magistrate Judge

| Holidae Crawford | None |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**PROCEEDINGS:   [IN CHAMBERS]  ORDER TO SHOW CAUSE WHY THE MAGISTRATE JUDGE SHOULD NOT RECOMMEND THAT THIS ACTION BE DISMISSED FOR FAILURE TO PROSECUTE**

On June 23, 2021, Plaintiff Michael Thomas Larsen, a California resident proceeding *pro se* and *in forma pauperis*, filed the operative Third Amended Complaint in the above-reference Title VII action.  ("TAC," Dkt. No. 21).  On July 19, 2021, the Court determined that the Third Amended Complaint satisfied the screening requirements of 28 U.S.C. § 1915(e)(2) and authorized the TAC for service of process.  (*See* Dkt. Nos. 21-23).

In the Order re Service of Process issued on that date, the Court explained to Plaintiff that:

> *In order to accomplish service of process by the United States Marshal,* Plaintiff must complete the USM-285 forms and send them to Marlene Ramirez, Clerk to Magistrate Judge Pedro V. Castillo, no later than **August 2, 2021**.  Plaintiff must also complete the Notice of Submission to confirm that he has complied with the Court's Order and include it with the

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   EDCV 20-2229 DOC (PVC)                                              Date:  August 13, 2021

Title   Michael Thomas Larsen v. Kenneth J. Braithwaite, et al.

> completed USM-285 forms.  *Upon receipt of the completed USM-285 forms and Notice of Submission, the Clerk of the Court will send the necessary documents to the United States Marshal for service of process* and will file the Notice of Submission.

(Dkt. No. 22 at 1-2) (some emphasis added).  Plaintiff was expressly cautioned that "[i]f Plaintiff does not send the completed USM-285 forms and Notice of Submission to the Clerk of the Court by **August 2, 2021**, this action will be subject to dismissal without prejudice.  (*Id*. at 3) (emphasis in original).

The docket reflects that the Deputy Clerk mailed a USM-285 form and a Notice of Submission for Plaintiff to complete on July 20, 2021.  (Dkt. No. 25).  The deadline for returning a completed USM-285 Form and the Notice of Submission has passed but Plaintiff has not submitted them.  Plaintiff is admonished that the United States Marshal Service will not effect service of process until it receives a properly completed USM-285 form with the Defendant's name and address.  This action cannot proceed until Plaintiff complies with the Court's Order re Service of Process and returns the required documents.

Accordingly, Plaintiff is ORDERED TO SHOW CAUSE, within **fourteen (14) days** of the date of this Order, why the Magistrate Judge should not recommend that this action be dismissed with prejudice for failure to prosecute.  Plaintiff may discharge this Order by (1) returning a properly-completed USM-285 Form and Notice of Submission to the Deputy Clerk, as directed in the Court's July 19, 2021 Order re Service of Process; **or** (2) filing a declaration under penalty of perjury stating why he is unable to do so.

If Plaintiff no longer wishes to pursue his claims, he may request a voluntary dismissal of this action pursuant to Federal Rule of Civil Procedure 41(a).  **A Notice of Dismissal form is attached for Plaintiff's convenience.**  Plaintiff is again warned that the failure to timely file a response to this Order will result in a recommendation that this

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   EDCV 20-2229 DOC (PVC)                                Date:  August 13, 2021

Title        Michael Thomas Larsen v. Kenneth J. Braithwaite, et al.

action be dismissed with prejudice for failure to prosecute and obey court orders pursuant to Federal Rule of Civil Procedure 41(b).

The Clerk of the Court is directed to serve a copy of this Order upon Plaintiff at his address of record.

IT IS SO ORDERED.

|  | 00:00 |
|---|---|
| **Initials of Preparer** | hc |